IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PARKSHORE ESTATES NURSING AND
REHABILITATION CENTER LLC, an
Illinois Limited Liability Company,

        Plaintiff,

v.

THE UNITED STATES SMALL BUSINESS
ADMINISTRATION; ISABELLA
CASILLAS GUZMAN, in her official capacity
as Administrator of the Small Business
Administration; JANET YELLEN, in her
official capacity as United States Secretary of
Treasury; and THE UNITED STATES OF
AMERICA,

        Defendants.

Case No. 1:23-cv-04367

Honorable Judge Nancy L. Maldonado

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Parkshore Estates Nursing and Rehabilitation Center LLC ("Plaintiff"), by and through its counsel of record, and pursuant to Fed. R. Civ. P. 56, hereby moves this Court for summary judgment in its favor and against Defendants The United States Small Business Administration ("SBA"), Isabella Casillas Guzman, Janet Yellen, and The United States of America (collectively, the "Defendants").

In support of this Motion, Plaintiff shows the Court that there is no genuine dispute of material fact with respect to Plaintiff's causes of action against Defendants, and that Plaintiff is entitled to judgment as a matter of law. In further support of its Motion, Plaintiff files its Statement of Material Facts pursuant to LR 56.1(d) and Memorandum of Law pursuant to LR 56.1(g) contemporaneously herewith.

1

WHEREFORE, Plaintiff Parkshore Estates Nursing and Rehabilitation Center LLC hereby respectfully requests that the Court enter an Order granting summary judgment in its favor and against Defendants The United States Small Business Administration, Isabella Casillas Guzman, Janet Yellen, and The United States of America, entering judgment as a matter of law in Plaintiff's favor, and for such other, further, and additional relief as this Court deems just and equitable.

Dated this 16th day of January, 2024.

PARKSHORE ESTATES NURSING AND
REHABILITATION CENTER, LLC, Plaintiff,

By: /s/ *Tiffany S. Beerman*
    Tiffany S. Beerman
    John A. Svoboda
    Dvorak Law Group, LLC
    9500 W. Dodge Rd., Ste. 100
    Omaha, Nebraska 68114
    Tel: 402-934-4770
    Fax: 402-933-9630
    tbeerman@ddlawgroup.com
    jsvoboda@ddlawgroup.com

AND

    Jason M. Sax, #6243815
    Zwelling Law, PLLC
    161 North Clark Street, Ste. 1600
    Chicago, IL 60601
    Tel: (312) 345-7231
    Fax: (312) 981-0051
    saxJ@zwellinglaw.com

Attorneys for Plaintiff.

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system. The undersigned further states that a copy of the foregoing was sent to the following:

WILLIAM M. STROM
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4087
william.strom@usdoj.gov

/s/ *Tiffany S. Beerman*
Tiffany S. Beerman