UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PARKSHORE ESTATES NURSING AND      )
REHABILITATION CENTER LLC, an       )
Illinois Limited Liability Company,  )
                                     )
                    Plaintiff,       )
                                     )
            v.                       )
                                     )      No. 23 C 4367
THE UNITED STATES SMALL             )
BUSINESS ADMINISTRATION;            )
ISABELLA CASILLAS GUZMAN, in her    )      Judge Maldonado
official capacity as Administrator of the )
Small Business Administration; JANET )
YELLEN, in her official capacity as United )
States Secretary of Treasury; and THE )
UNITED STATES OF AMERICA,           )
                                     )
                    Defendants.      )

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by their attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, move for summary judgment under Fed. R. Civ. P. 56(b) and (c). In support of their motion, the defendants submit their combined memorandum in support of their motion for summary judgment and in opposition to plaintiff's motion for summary judgment and their statement of facts pursuant to Local Rule 56.1 of the Northern District of Illinois.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ William M. Strom
    WILLIAM M. STROM
    JORDAN A. ROSEN
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 697-4087 / 353-5331
    william.strom@usdoj.gov
    jordan.rosen@usdoj.gov