# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Parkshore Estates Nursing and Rehabilitation
Center, LLC

Plaintiff,

v.                                                    Case No.: 1:23−cv−04367

Honorable Georgia N
Alexakis

United States Small Business Administration, et
al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 30, 2024:

     MINUTE entry before the Honorable Georgia N Alexakis: For the reasons discussed in the accompanying order, the Court denies Parkshore's motion for summary judgment [31] and grants defendants' motion for summary judgment [42] as to all counts. Although the attached order includes an abbreviated discussion of the issues, the Court directs the parties to its memorandum opinion and order granting defendants summary judgment in the related matter, Forest View Rehab. and Nursing Ctr., LLC v. U.S. Small Bus. Admin. et al., 1:24−cv−01490, at [59]. The SBA's final decision denying Parkshore forgiveness of its PPP loan is affirmed. The Clerk is directed to enter judgment in defendants' favor. Civil case terminated(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.