ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Parkshore Estates Nursing and Rehabilitation
Center, LLC,

Plaintiff(s),

v.

The United States Small Business Administration ,
Isabella Casillas Guzman, Janet Yellen, The
United States of America,

Defendant(s).

Case No. 23-cv-4367
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

     which ☐ includes      pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff(s) shall recover costs from defendant(s).

☒      in favor of defendant(s) The United States Small Business Administration , Isabella Casillas
Guzman, Janet Yellen, The United States of America
     and against plaintiff(s) Parkshore Estates Nursing and Rehabilitation Center, LLC
.
Defendant(s) shall recover costs from plaintiff(s).

☐      other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/for summary judgment

Date:    12/30/2024            Thomas G. Bruton, Clerk of Court

                                     Carmen Acevedo , Deputy Clerk